FILED

FEB 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 0 0 0 7 8 |
| | ) | Title 21, United States Code, |
| DEMARIO MARSHALL, | ) | Sections 841(a)(1) and (b)(1)(C) |
| Defendant. | ) | JUDGE BARKER |

COUNT 1
(Distribution of Heroin and Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about May 23, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEMARIO MARSHALL knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Fentanyl and Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about May 26, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEMARIO MARSHALL knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of Fentanyl and Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about May 27, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEMARIO MARSHALL knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about May 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEMARIO MARSHALL knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about May 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant DEMARIO MARSHALL knowingly and intentionally possessed with intent to

distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendant DEMARIO MARSHALL shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.